JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA WATERS,<br><br>                Plaintiff,<br><br>     v.<br><br>AEROTEK, INC., et al.,<br><br>                Defendants. | Case No. EDCV 17-1516-GW(MRWx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

      Based upon the Notice of Dismissal [9] filed August 28, 2017, it is hereby ORDERED that this action is dismissed in its entirety.

      IT IS SO ORDERED.

Dated: August 29, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE